# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RANDY JONES,<br><br>       Plaintiff,<br><br>   vs.<br><br>UNITED NATURAL FOODS, INC. a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>       Defendants. | Case No. 5:15-cv-01016-JLS-ASx<br><br>**JUDGMENT** |

   On July 6, 2016, the Court granted Defendant United Natural Foods, Inc.'s Motion for Summary Judgment. (Order, Doc. 35.) The Court hereby orders as follows:

   1. Judgment is entered in favor of United Natural Foods, Inc. and against Plaintiff Randy Jones as to all claims asserted in the Complaint. (Compl., Doc. 1-1.)

   2. The Complaint is dismissed with prejudice, and Plaintiff shall take nothing by way of the Complaint against United Natural Foods, Inc.

3. United Natural Foods, Inc. shall be entitled to recover its costs of suit against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 12, 2016 
_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE